IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02353-AP

LINDA L. YACKEY,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    <u>**For Plaintiff**</u>:

        Tracy Stewart
        2550 Stover St., Bldg. C
        Fort Collins, CO 80525
        (970) 221-0664 (telephone)
        (970) 493-2072 (facsimile number)

    <u>**For Defendant:**</u>

        WILLIAM J. LEONE
        United States Attorney
        KURT BOHN
        Assistant United States Attorney
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202

    By:    Debra J. Meachum
        Special Assistant United States Attorney
        Social Security Administration
        1961 Stout Street, Suite 1001A
        Denver, Colorado  80294
        (303) 844-1570
        (303) 844-0770 (facsimile)

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**
The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed: <u>November 18, 2005.</u>
    B.    Date Complaint Was Served on U.S. Attorney's Office: <u>December 21, 2005.</u>
    C.    Date Answer and Administrative Record Were Filed: <u>February 7, 2005.</u>

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

<u>Plaintiff, to the best of her knowledge, states that the administrative record is complete and accurate.</u>
<u>Defendant, to the best of her knowledge, states that the administrative record is complete and accurate.</u>

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

<u>Plaintiff does not intend to submit additional evidence.</u>
<u>Defendant does not intend to submit additional evidence.</u>

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

<u>Plaintiff, to the best of her knowledge, does not believe the case raises unusual claims or defenses.</u>
<u>Defendant, to the best of her knowledge, does not believe the case raises unusual claims or defenses.</u>

**7. OTHER MATTERS**

<u>Plaintiff has no other matters to bring to the attention of the court.</u>
<u>Defendant has no other matters to bring to the attention of the court.</u>

**8. PROPOSED BRIEFING SCHEDULE**

    A.    Plaintiff's Opening Brief Due:        <u>APRIL 5, 2006.</u>
    B.    Defendant's Response Brief Due:    <u>MAY 5, 2006.</u>
    C.    Plaintiff's Reply Brief (If Any) Due: <u>MAY 22, 2006.</u>

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

   **A.  Plaintiff's Statement.**
   **Plaintiff requests oral argument.**

   **B.  Defendant's Statement:**
   **Defendant does not request oral argument.**

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   *Indicate below the parties' consent choice.*

   A.   ( )  **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
   B.   **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     OTHER MATTERS**

**The parties agree that filing motions for extension of time or continuances will comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties**.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

**The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.**

DATED this **1st day of March 2006.**

                                        BY THE COURT:


                                         S/John L. Kane
                                        U.S. DISTRICT COURT JUDGE

**APPROVED:**

**For Plaintiff:**

**s/Tracy Stewart        Date: 03/01/06**
2550 Stover St., Bldg. C
Fort Collins, CO 80525
(970) 221-0664 (telephone)
(970) 493-2072 (facsimile number)
tracy@rhlawpc.com

**For Defendant:**

WILLIAM J. LEONE
United States Attorney
KURT BOHN
Assistant United States Attorney

**s/Debra J. Meachum   Date: 03/01/06**
By:    Debra J. Meachum
       Special Assistant United States Attorney
       Social Security Administration
       1961 Stout Street, Suite 1001A
       Denver, Colorado  80294
       (303) 844-1570
       (303) 844-0770 (facsimile)
       debra.meachum@ssa.gov