UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-02353-WYD

LINDA L. YACKEY,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

**ORDER**
_____

    THIS MATTER is before the Court on the parties Stipulation for an Award of Reasonable Attorney Fees and Expenses Under the Equal Access to Justice Act, 28 U.S.C. § 2412 (filed July 30, 2007).  The Court, having reviewed the motion and being fully advised in the premises,

    ORDERS that the Stipulation is **APPROVED**.  In accordance therewith, Defendant shall pay to Plaintiff, through counsel, reasonable attorney fees in the amount of $6,000.00.

    Dated:  July 30, 2007

                                                    BY THE COURT:

                                                    s/ Wiley Y. Daniel
                                                    Wiley Y. Daniel
                                                    U. S. District Judge